# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

141572

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 141572
                                COA: 290131
                                Saginaw CC: 08-030280-FC

DEONTAE TRAVOHN DAVIS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 22, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of an issue raised by the defendant but not addressed in that court's opinion: whether the circuit court erroneously allowed the statement of the defendant's co-defendant, Caprice Mack, to be introduced into evidence through the preliminary examination testimony of Travis Crowley. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

s1115